# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                **Case Number: 5:02-cr-26-Oc-10GRJ**

**TONY LAVON WARTHEN**

**USM Number: 43086-018**

David Wilson, CJA
201 SW Second Street, Suite 101
Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1, 5, 8 and 9 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Aggravated Assault, while on supervision in violation of the conditions of supervision | August 10, 2008 |
| 5 | Failure to submit written monthly reports in violation of Condition Two of the standard conditions of supervision | June 5, 2008 |
| 8 | Positive urinalysis for cocaine in violation of Condition Seven of the standard conditions of supervision | June 11, 2008 |
| 9 | Failure to participate in drug aftercare treatment in violation of the special condition | June 30, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not admitted to violating conditions 2, 3, 4, 6, and 7 and is discharged as to such violations.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: February 18, 2010

*[signature]*

**UNITED STATES DISTRICT JUDGE**

February 18, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months, with no additional term of supervised release imposed**.

The Court recommends to the Bureau of Prisons:

    That defendant be designated for commitment of service at FCC Coleman, Florida.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal